WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

REBECCA L. MASON,            )   CASE NO.: **EDCV 11-0199 SS**
                             )
            Plaintiff,       )   [~~PROPOSED~~] ORDER AWARDING
                             )   EAJA FEES
     v.                      )
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security, )
                             )
            Defendant.       )

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND TWO DOLLARS and no/cents ($3,200.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 5/21/12

_____
UNITED STATES MAGISTRATE JUDGE

1